UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Eugene Zerwas, | Case No. 20-cv-0509 (WMW/TNL) |
| Plaintiff, | |
| v. | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| Kwik Trip Inc; Mark W. Schneider, *doing business as* Kwik Trip #662; and Convenience Store Investments, Inc., | |
| Defendants. | |

This matter is before the Court on the July 15, 2020 Report and Recommendation (R&R) of United States Magistrate Judge Tony N. Leung.  (Dkt. 5.)  No objections to the R&R have been filed.  In the absence of timely objections, this Court reviews an R&R for clear error.  *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam).  Having reviewed the R&R, the Court finds no clear error.

### ORDER

Based on the R&R and all the files, records, and proceedings herein, **IT IS HEREBY ORDERED**:

1. The July 15, 2020 R&R, (Dkt. 5), is **ADOPTED**.

2. Plaintiff Eugene Zerwas's complaint, (Dkt. 1), is **DISMISSED WITHOUT PREJUDICE**.

LET JUDGMENT BE ENTERED ACCORDINGLY.

| | |
|---|---|
| Dated:  August 6, 2020 | s/Wilhelmina M. Wright<br>Wilhelmina M. Wright<br>United States District Judge |